IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INLAND BANCORP., INC., INLAND HOME MORTGAGE COMPANY, LLC and INLAND BANK AND TRUST,<br><br>    Defendants. | No.<br><br>JURY DEMAND |

## NOTICE OF REMOVAL

Defendants Inland Bancorp, Inc., Inland Home Mortgage Company, LLC and Inland Bank and Trust ("Defendants"), by and through their attorneys, and pursuant to 28 U.S.C. §§ 1441, 1446, 1453, and 1367, hereby remove this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois. In support of their Notice of Removal, Defendants state the following:

    1.    This action was commenced on or about September 30, 2016, when Plaintiff, iMove Chicago, Inc. ("Plaintiff"), filed a putative Class Action Complaint ("Class Action Complaint") in the Circuit Court of Cook County, Illinois, County Department, Chancery Division under court number 2016-CH-12999. Copies of the Service of Process, Summons, and Complaint served upon Defendants are attached hereto as <u>Group Exhibit A</u>.

    2.    In its Class Action Complaint, Plaintiff alleges that Defendants sent to it an "unsolicited fax advertisement" in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA"). (Complaint, ¶¶ 34 and 47, respectively.) Plaintiff also alleges that the sending of the facsimile

constituted "conversion" under Illinois common law. (*Id.* ¶ 52.) Plaintiff's Class Action Complaint seeks actual and statutory damages on behalf of Plaintiff and all other similarly situated persons. (Complaint at pp. 7-11.)

3. Inland Bancorp, Inc. and Inland Home Mortgage Company, LLC were served with Plaintiff's Complaint and Summons on October 5, 2016. Inland Bank and Trust received notice of Plaintiff's Complaint and Summons on October 5, 2016 and was served with Plaintiff's Complaint and Summons on October 18, 2016.

4. This action may be removed to this Court because federal question jurisdiction exists over this dispute pursuant to 28 U.S.C. § 1331. *See Mims v. Arrow Fin. Svcs., LLC*, 132 S.Ct. 740 (2012) (holding that TCPA's permissive grant of jurisdiction to state courts does not deprive the U.S. district courts of federal-question jurisdiction over private TCPA lawsuits).

5. Because Plaintiff's alleged claim under the TCPA arises under federal law, this action could have been brought in the United States District Court pursuant to 28 U.S.C. § 1331. *See Mims,* 132 S.Ct. at 753 ("Nothing in the text, structure, purpose, or legislative history of the TCPA calls for displacement of the federal-question jurisdiction U.S. district courts ordinarily have under 28 U.S.C. § 1331.") *See also Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005) ("[R]emoval [of a putative TCPA class action] is authorized not only by the Class Action Fairness Act but also by § 1441, because the claim arises under federal law.")

6. This Court has supplemental jurisdiction over Plaintiff's ICFA and common law conversion claims under 28 U.S.C. § 1367(a) because the claims in this case arise out of the same case or controversy.

7. This Notice of Removal is timely in that it is filed within 30 days from the date Defendants received a copy of the Summons and Complaint. 28 U.S.C. § 1446(b); *see also Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999) (holding that removal period "is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons…").

8. Defendants will give written notice of the filing of this Notice and a copy of this Notice will be filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Inland Bancorp, Inc., Inland Home Mortgage Company, LLC and Inland Bank and Trust hereby remove this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: October 27, 2016

Respectfully submitted,

INLAND BANCORP., INC., INLAND HOME MORTGAGE COMPANY, LLC and INLAND BANK AND TRUST


By: s/ Brian W. Ledebuhr
    One of Their Attorneys

Thomas P. Cimino, Jr., Esq.
Brian W. Ledebuhr, Esq.
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Telephone: 312/609-7500
Facsimile: 312/609-5005