**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:16-cv-10106 |
| INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN, | ) ) ) ) | Honorable Andrea R. Wood |
| Defendants. | ) ) | |

# NOTICE OF MOTION

Please take notice that on February 23, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Andrea R. Wood in Courtroom 1925 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Plaintiff's Amended Motion for Class Certification,* at which time and place you may appear if you see fit.

       Plaintiff iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,

       By: s/ Thomas A. Zimmerman, Jr.
           Thomas A. Zimmerman, Jr. (IL #6231944)
           *tom@attorneyzim.com*
           Amelia S. Newton (IL #6190594)
           *amy@attorneyzim.com*
           Nickolas J. Hagman (IL #6317689)
           *nick@attorneyzim.com*
           ZIMMERMAN LAW OFFICES, P.C.
           77 West Washington Street, Suite 1220
           Chicago, Illinois 60602
           (312) 440-0020 telephone
           (312) 440-4180 facsimile
           www.attorneyzim.com

       Counsel for Plaintiff and the Class

## PROOF OF SERVICE

      Nickolas J. Hagman, an attorney, hereby certifies that he caused the above and foregoing notice of motion to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day February 8, 2017.

                                              s/ Nickolas J. Hagman