IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN,<br><br>      Defendants. | No. 1:16-cv-10106<br><br>Honorable Andrea R. Wood |

**STIPULATION REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

On February 8, 2017, Plaintiff filed its Corrected Amended Complaint. (Dkt. # 20). Simultaneously, Plaintiff filed a protective *Amended Motion for Class Certification* ("Motion"), pursuant to *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011), to prevent Defendants from mooting the case with a Fed. R. Civ. P. 68 offer of judgment or otherwise. (Dkt # 22). The Court has not yet set a briefing schedule on Plaintiff's Motion. The parties submit this stipulation to resolve Plaintiff's Motion.

Defendants stipulate that they will not make any Rule 68 offer of judgment, or otherwise tender purportedly full relief in an attempt to moot Plaintiff's ability to seek individual relief or class certification until after the Court has ruled on the issue of class certification. Plaintiff stipulates that its protective Motion should be denied without prejudice, and that Defendants do not need to file a response to the Motion. In signing this stipulation, Defendants are not prohibited from challenging class certification on any grounds, and no party shall be deemed to have waived any claims or defenses otherwise available to it.

| | |
|---|---|
| Plaintiff iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,<br><br>By:   s/Thomas A. Zimmerman, Jr.         <br>    Thomas A. Zimmerman, Jr.<br>    *tom@attorneyzim.com*<br>    Amelia S. Newton<br>    *amy@attorneyzim.com*<br>    Nickolas J. Hagman<br>    *nick@attorneyzim.com*<br>    ZIMMERMAN LAW OFFICES, P.C.<br>    77 West Washington Street, Suite 1220<br>    Chicago, Illinois 60602<br>    (312) 440-0020 telephone<br>    (312) 440-4180 facsimile<br>    www.attorneyzim.com<br><br>Counsel for Plaintiff and the putative Class | Defendants INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, and INLAND BANK AND TRUST,<br><br>By:   s/Brian W. Ledebuhr            <br>    Thomas P. Cimino, Jr.<br>    *tcimino@vedderprice.com*<br>    Brian W. Ledebuhr<br>    *bledebuhr@vederprice.com*<br>    VEDDER PRICE P.C.<br>    222 North LaSalle Street<br>    Chicago, Illinois 60601<br>    (312) 609-7500 telephone<br><br><br>Counsel for Defendants Inland Bancorp, Inc., Inland Home Mortgage Company, LLC, and Inland Bank and Trust |
| | Defendant GIL KERKBASHIAN,<br><br>By:   s/Cornelius P. Brown             <br>    Cornelius P. Brown<br>    *nbrown@cohonraizes.com*<br>    Cohon Raizes & Regal LLP<br>    208 South La Salle Street, Suite 1440<br>    Chicago, Illinois 60604<br>    (312) 726-2252 telephone<br><br>Counsel for Defendant Gil Kerkbashian |

2

## **CERTIFICATE OF SERVICE**

      Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day February 21, 2017.


                                    /s/Thomas A. Zimmerman, Jr.