## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:16-cv-10106 |
| | ) | |
| INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

## DEFENDANT GIL KERKBASHIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT COMPLAINT

Defendant Gil Kerkbashian ("Kerkbashian")  moves the court for an extension of time to respond to Plaintiff's Complaint. In support of its motion, Kerkbashian states as follows:

1.      This case was commenced on October 27, 2016.

2.      Kerkbashian was served with summons and the complaint on February 8, 2017.

3.      On February 21, 2017, Kerkbashian filed an Appearance through counsel.

4.      Kerkbashian's counsel was only recently retained to defend Kerkbashian in this action.

5.      Kerkbashian's counsel has not had a sufficient opportunity to review the allegations in the complaint or confer with Kerkbashian as to the truth or accuracy of those allegations.

1

6.     Kerkbashian is prepared to raise meritorious defenses and challenges to Plaintiff's Complaint but requests additional time so that counsel can properly investigate the allegations of, and to prepare a response to, Plaintiff's Complaint.

7.     Kerkbashian has not requested any other extensions of time in this matter and this motion is not interposed for the purpose of delay.

8.     Counsel for the other parties have advised Kerkbashian's counsel that they have no objection to this motion.

**WHEREFORE**, Defendant Gil Kerkbashian respectfully requests this Honorable Court grant him an additional 28 days, to March 29, 2017, to answer or otherwise plead to Plaintiff's Complaint and grant such other and further relief as the Court deems equitable and just.

**GIL KERKBASHIAN**


By:____/s/ Amy E. Daleo_____
            One of His Attorneys

Cornelius P. Brown (nbrown@cohonraizes.com)
J. Michael Williams (mwilliams@cohonraizes.com)
Amy E. Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609