## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | No. 1:16-CV-10106 |
| v. | ) ) | |
| INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN, | ) ) ) ) ) | |
| Defendants. | ) | |

**To:** See attached service list.

## NOTICE OF MOTION

Please take notice that on **Wednesday, March 8, 2017**, at the hour of **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Andrea R. Wood, or any judge who may be sitting in her stead, in Courtroom 1925 in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present *Defendant Gil Kerkbashian's Motion for Extension of Time to Respond to the Complaint*, a copy of which is attached hereto and which is hereby served upon you.

GIL KERKBASHIAN

By: /s/ Amy E. Daleo
One of His Attorneys

Cornelius P. Brown (nbrown@cohonraizes.com)
J. Michael Williams (mwilliams@cohonraizes.com)
Amy E. Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP (90192)
208 S. LaSalle Street, Suite 1440
Chicago, Illinois 60604
Phone: (312) 726-2252
Fax: (312) 726-0609

## **Certificate of Service**

I certify that I served the foregoing ***Defendant Gil Kerkbashian's Motion for Extension of Time to Respond to the Complaint***, by causing true and accurate copies of such paper to be filed and transmitted electronically to the persons above via the Court's ECF/EMF electronic filing system on this 1st day of March 2017.

_____/s/ Amy E. Daleo_____

Amelia Susan Newton (amy@attorneyzim.com)
Thomas A. Zimmerman, Jr. (tom@attorneyzim.com)
Maebetty Kirby (maebetty@attorneyzim.com)
Matthew A. De Re (matt@attorneyzim.com)
Nickolas J. Hagman (nick@attorneyzim.com)
Sharon Harris (sharon@attorneyzim.com)
Zimmerman Law Offices, P.C.
77 W. Washington, Suite 1220
Chicago, IL 60602

Thomas P. Cimino, Jr. (tcimino@vedderprice.com)
Brian W. Ledebuhr (bledebuhr@vedderprice.com)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601