IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 1:16-cv-10106 |
| INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN, | ) ) ) ) | Honorable Andrea Wood |
| Defendants. | ) ) | |

**SUPPLEMENT
TO PLAINTIFF'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES, AND REIMBURSEMENT OF COSTS AND EXPENSES**

Thomas A. Zimmerman, Jr.
Sharon A. Harris
Matthew C. De Re
Nickolas J. Hagman
Maebetty Kirby
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602

Attorneys for Plaintiff and the Class

NOW COMES Plaintiff iMOVE CHICAGO, INC. ("Plaintiff"), individually and on behalf of all others similarly situated, by and through counsel, and for its *Supplement to Plaintiff's Motion for an Award of Attorneys' Fees, and Reimbursement of Costs and Expenses*, states as follows:

On November 21, 2017, pursuant to the schedule established in the Revised Preliminary Approval Order ("Preliminary Approval Order", Dkt. #54), Plaintiff filed its *Motion for an Award of Attorneys' Fees, and Reimbursement of Costs and Expenses* ("Fee Petition"). (*See* Fee Petition, Dkt. #56). At the time that Plaintiff filed the Fee Petition, the administration of the Settlement was not complete, as the claims process was still open. The deadline to submit claims was December 30, 2017. (*See* Preliminary Approval Order, Dkt. #54, at p. 9). Therefore, Plaintiff now supplements the Fee Petition with the following information. (*See* Fee Petition, Dkt. #56, at p. 2 (stating that Class Counsel will supplement the Fee Petition prior to the Final Approval Hearing)).

The Court appointed Dahl Administration LLC ("Dahl") as the administrator of the Settlement. (*See* Preliminary Approval Order, Dkt. #54, at p. 4). Dahl sent direct notice of the Settlement to each of the 2,507 individuals identified as members of the Settlement Class. (*See* Declaration of Kelly Kratz ("Kratz Decl."), at ¶¶ 4-5, which is being filed contemporaneously with this Supplement). No Class member objected to the Settlement or even requested to be excluded from the Settlement. (*See id.*, at ¶¶ 10-11). Further, approximately twelve and a half percent (12.5%) of the Class Members submitted a valid claim. (*See id.*, at ¶¶ 4, 8).

To date, Dahl has incurred costs and expenses in the amount of $8,970.76 to administer the Settlement. (*See* Kratz Decl., at ¶ 12). Dahl anticipates that the total cost of administration of the Settlement will be $15,860.00. (*See id.*, at ¶ 13).

1

In the Fee Petition, Plaintiff requested the Court award Class Counsel one-third of the net settlement fund as Attorneys' Fees, and award Class Counsel $825.25 in costs and expenses incurred in furtherance of this litigation. (*See* Fee Petition, Dkt. #56, at p. 1).

After deducting the costs and expenses for the administration of the Settlement, and the Service Award to the Class Representative, the net settlement fund would total $2,434,640.[1] Therefore, Plaintiff requests that the Court grant Class Counsel Attorneys' Fees in the amount of **811,546.67**,[2] plus costs and expenses of **$825.25**.

As stated in the Fee Petition, the requested award of attorneys' fees is reasonable, appropriate, and consistent with the market rate for legal services. This request amounts to approximately **33%**[3] of the total recovery counsel achieved on behalf of the Settlement Class, which is well within the range of reasonable awards in class action cases such as this matter. (*See* Fee Petition, Dkt. #56, at pp. 7-8 (citing cases approving contingent fees between 33% and 50% of the total fund). The significant risk of non-payment that Class Counsel accepted in taking on this matter, the quality of counsel's performance, the quality, length, and expense of the litigation, and the stakes of the litigation further demonstrate that the requested award is reasonable and appropriate. (*See id.*, at pp. 8-11).

Class Counsel spent more than **688.2** hours advancing the litigation at a total lodestar in excess of **$334,910.50**, calculated using historical billing rates.[4] Approval of the requested

---

[1] $2,455,500 (settlement fund) minus $15,860 (estimated costs of class notice and settlement administration) minus $5,000 (requested Class Representative service award) = $2,434,640 net settlement fund.

[2] One-third of $2,434,640 (net settlement fund) equals $811,546.67 requested attorneys' fee.

[3] $811,546.67 (requested attorneys' fee) divided by $2,455,500 (settlement fund) equals 33%.

[4] *See generally, Declaration of Thomas A. Zimmerman, Jr.*, previously filed in support of the Fee Petition, Dkt. #58. This lodestar reflects Class Counsel's time spent on this matter through November 21, 2017. Since then, Class Counsel spent additional time drafting the Motion for Final Approval and working with the Settlement Administrator throughout the claims process.

award will result in a reasonable lodestar multiplier of approximately **2.4**.[5] (*See* Fee Petition, Dkt. #56, at pp. 11-13 (citing cases approving lodestar multipliers between 3 - 4 in TCPA junk fax cases)).

## CONCLUSION

The requested award of attorneys' fees, costs, and expenses are reasonable, appropriate, and should be approved. Plaintiff, individually and on behalf of the Settlement Class, by and through Class Counsel, prays that this Honorable Court enter an order:

(a) granting Plaintiff's request for attorneys' fees in the amount of $811,546.67, plus costs and expenses in the amount of $825.25; and

(b) granting such other and additional relief as the Court may deem just and appropriate.

Plaintiff iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,

By: _s/Thomas A. Zimmerman, Jr._
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Sharon A. Harris
*sharon@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*
Nickolas J. Hagman
*nick@attorneyzim.com*
Maebetty Kirby
*maebetty@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile

*Counsel for Plaintiff and the Class*

---

[5] $811,546.67 (requested attorneys' fee) divided by $334,910.50 (lodestar) = 2.4 multiplier.

# **CERTIFICATE OF SERVICE**

      I, Thomas A. Zimmerman, Jr., hereby certify that I caused a copy of the foregoing document to be served on January 8, 2018, to all counsel of record via the Court's ECF notification system.

                                      s/Thomas A. Zimmerman, Jr.