IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN,<br><br>Defendant. | No. 16-cv-10106<br><br>Judge Andrea R. Wood |

## AFFIDAVIT OF KELLY KRATZ
## REGARDING NOTICE AND SETTLEMENT ADMINISTRATIVE ACTIVITIES

I, Kelly Kratz, being duly sworn and deposed, say:

1. I am a Principal at Dahl Administration, LLC ("Dahl"), a nationally-recognized firm that has provided notice and claims administration services for class actions involving product liability, insurance, fraud, property, employment and discrimination related claims. I have experience in all areas of settlement administration including notification, claims processing and distribution.

2. Dahl is the Settlement Administrator for the above-captioned action and is responsible for carrying out the terms of the *Settlement Agreement* as ordered by the Court in its *Revised Preliminary Approval Order* ("Order") dated September 21, 2017. I am responsible for supervising the services provided by Dahl with respect to this settlement. I have personal knowledge of the facts stated herein.

3. I submit this Affidavit to inform the parties and the Court of settlement administration activities completed to date. This Affidavit describes: (i) mailing of the Class Action Settlement Notice ("Notice Packet") to identified Class Members, (ii) receipt, tracing and

1

re-mailing of undeliverable Notice Packets; (iii) receipt and processing of claim forms; (iv) receipt and processing of Objections; (v) receipt and processing of exclusion requests; and (vi) settlement administration fees.

## DISSEMINATION OF NOTICE

4. In accordance with the Settlement Agreement, the Parties provided Dahl with six (6) Excel files containing 9,822 records identified as Class Members on October 3, 2017. The records included the Class Member's name, mailing address if available, and fax number. Dahl reviewed the list and consolidated 7,315 records based upon the fax numbers provided. The final Class Member mailing list consisted of 2,507 records ("Class List").

5. On October 21, 2017, Post Card Notices were mailed via USPS First Class Mail to 870 Class Members whose name and address were provided, and 2,507 Notice Packets were faxed to all Class Members' fax numbers. A copy of the Post Card Notice and Faxed Notice are attached as Exhibits A & B, respectively.

## UNDELIVERABLE NOTICES

6. As of January 5, 2018, of the 870 Post Card Notices mailed, 208 were returned as undeliverable and were sent to a professional address search firm for tracing. An updated address was received for 65 Class Members and Post Card Notices were re-mailed to the updated address. Updated addresses could not be found for 143 and therefore a Post Card Notice could not be re-mailed to them. Of the 65 Post Card Notices re-mailed to a traced address, eight (8) were subsequently returned a second time as undeliverable. One (1) Post Card Notice was returned as undeliverable with a forwarding address, and Dahl re-mailed it to the forwarding address. Thus, 719 Post Card Notices were successful.

7. As of January 5, 2018, of the 2,507 Notices send via fax, 713 faxes had failed delivery and 1,794 were successful.

## RECEIPT AND PROCESSING OF CLAIM FORMS

8. As of January 5, 2018, Dahl has received 368 claim forms. Of the 368 claim forms received, 352 are primary (non-duplicate) claim forms and 16 are duplicates. Of the 352 primary claim forms received; 323 are timely and valid; 29 are currently deficient, and zero (0) are invalid for being postmarked past the claim filing deadline. The claimants who submitted the 323 valid claims received a total of 1,260 Facsimile Advertisements.

9. A "deficient" claim refers to a timely claim but was missing required information on the form or a claim that showed that the person was not originally an authorized claimant. All claimants with a deficient claim have been sent a deficiency letter giving them an opportunity to provide additional documentation to validate their claim.

## RECEIPT AND PROCESSING OF OBJECTIONS

10. As of January 5, 2018, Dahl has not received any objections to the settlement from Class Members.

## RECEIPT AND PROCESSING OF EXCLUSION REQUESTS

11. As of January 5, 2018, Dahl has not received any requests for exclusion from Class Members.

## SETTLEMENT ADMINISTRATION FEES

12. As of January 5, 2018, Dahl's current costs in administering the settlement is $8,970.76.

13. Dahl's estimated fees and expenses for this settlement are $15,860.00. This covers all settlement administration services performed to date, settlement administration activities remaining, and distribution of payments.

## ESTIMATED PAYMENTS

14. The gross settlement amount is $2,455,500.00. Assuming Dahl's final fees and expense are $15,860.00 and the Class Representative Award is $5,000.00, the net settlement fund amount would be $2,434,640.00. Subtracting Attorney's fees of one-third of the net settlement fund amount (*i.e.*, $811,546.67) and Attorney's reimbursement of costs and expenses of $825.25, yields the remaining amount to pay claims of $1,622,268.08. This equates to an approximate payment of $1,287.51 per fax to participating Settlement Class Members.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of January, 2018 in Minneapolis, Minnesota.

*[signature]*
Kelly Kratz
Principal
Dahl Administration, LLC

Sworn to and Subscribed before me this 5th day of January, 2018.

*[signature]*
Notary Public

VICKY LEE LOEHRER
Notary Public - Minnesota
My Commission Expires Jan.31, 2022

4

# Exhibit A

A proposed settlement has been reached in a class action lawsuit against Inland Bank and Trust, Inland Bancorp, Inc., Inland Home Mortgage Company, LLC, and Gil Kerkbashian (also known as the Defendants), alleging that Gil Kerkbashian sent unsolicited facsimile messages to individuals and businesses on August 16, 2016, August 24, 2016, August 31, 2016, September 14, 2016, and October 5, 2016, in violation of laws that prohibit the sending of unsolicited facsimile advertisements. Each Defendant denies these allegations, denies liability, and asserts numerous defenses. The Court has not decided who is right.

Who is Included? Our records show that you are included in the settlement as a "Class Member". Class Members include everyone who received one or more of the five facsimile advertisements sent by Gil Kerkbashian on August 16, 2016, August 24, 2016, August 31, 2016, September 14, 2016, and October 5, 2016.

What does the Settlement provide? Defendants have agreed to pay a total of $2,455,500 into a settlement fund. After deducting the costs of settlement notice, claims administration, and Court-approved attorney's fees, costs, and expenses, and a representative plaintiff service award, Class Members who submit a valid Claim Form will receive a share of the net settlement fund, estimated at $250 for every facsimile that you received. These payment amounts may be adjusted up or down depending on the number of Claim Forms received, so as to fully and fairly allocate and pay out the entire net settlement fund to Class Members who submit Claim Forms. None of the money in the settlement fund will revert back to the Defendants.

How do I get a payment? Simply tear-off, complete and mail the attached personalized Claim Form, or you can go to www.InlandBankFaxSettlement.com and file a claim online or download, print, complete, and mail a blank Claim Form to the Settlement Administrator. Blank Claim Forms are also available by calling 1-888-755-9508. Claim Forms must be submitted online or mailed by December 30, 2017. If you file a valid claim and do not exclude yourself from the settlement, you will receive your share from the settlement. If you exclude yourself from the settlement, you will not receive your share from the settlement.

What are my other options? If you do not want to be legally bound by this settlement, you must exclude yourself by December 5, 2017. Unless you exclude yourself from the settlement, you will not be able to sue any of the Defendants for any claim made in this lawsuit or released by the Settlement Agreement. If you do not exclude yourself from the settlement, you may object and notify the Court that you or your lawyer intends to appear at the Court's fairness hearing. Objections are due by December 5, 2017. This notice is a summary. For more information, including the Detailed Notice and Settlement Agreement, call 1-888-755-9508 or go to www.InlandBankFaxSettlement.com.

The Court's Fairness Hearing. The U.S. District Court for the Northern District of Illinois, located at Everett McKinley Dirksen US Courthouse, 219 S. Dearborn St., Chicago, IL 60604, will hold a hearing in this case (iMove Chicago, Inc. v. Inland Bancorp, Inc., et. al, No. 16-cv-10106) on January 18, 2018, at 10:00 a.m. At the fairness hearing the Court will decide whether to approve: (1) the settlement; and (2) Class Counsel's request for attorney's fees of up to one-third of the settlement fund, reimbursement of costs and expenses, and a service award of up to $5,000 to the representative plaintiff. You may appear at the hearing, but you do not have to. You may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

---

```
PLACE
STAMP
HERE
```

Inland Bank Unsolicited Fax Settlement Administrator
PO Box 3614
Minneapolis, MN 55403-0614

---

**LEGAL NOTICE**

Because you received one or more facsimile advertisements sent by Gil Kerkbashian on August 16, 2016, August 24, 2016, August 31, 2016, September 14, 2016, or October 5, 2016, you are entitled to a cash payment from a class action settlement.

A federal district court authorized this notice.
This is not a solicitation from a lawyer.

1-888-755-9508
www.InlandBankFaxSettlement.com

Inland Bank Unsolicited Fax Settlement Administrator
P.O. Box 3614
Minneapolis, MN 55403-0614

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Permit # 6220
Twin Cities MN
```


*BARCODE*

UNIQUE ID: DAHLID
NAME
ADDR1
ADDR2
CITY STATE ZIP CODE

---

**CLAIM FORM**

UNIQUE ID: DAHLID»
NAME
ADDR1
ADDR2
CITY STATE ZIP CODE

To the best of my knowledge, information, and belief, I _____ received an unsolicited
                                                              [your name]

facsimile advertisement from Gil Kerkbashian at facsimile number [<<fax number>>], as follows (check one box):

☐ a total of [<<number>>] times on [<<date(s)>>], as shown in records produced by the defendants in this lawsuit

-or-

☐ a total of _____ times on _____.
           [number]                 [the date(s) you received the fax(es)]

Signature: _____   Signed on: ____/____/_____
                                                         [insert date]

YOUR CLAIM FORM MUST BE POSTMARKED ON OR BEFORE DECEMBER 30, 2017

# Exhibit B

Inland Bank Unsolicited Fax Settlement Administrator
c/o Dahl Administration
PO Box 3614
Minneapolis MN 55403-0614

# *«Barcode»* «SeqID»

UNIQUE ID: «ClaimantDahlID»
«ClaimantName»
«Addr1»
«Addr2»
«City» «State» «Zip»

# SUMMARY NOTICE OF CLASS ACTION SETTLEMENT

**You are entitled to a cash payment from a class action settlement fund because you received one or more facsimile advertisements sent by Gil Kerkbashian between August 16, 2016 and October 5, 2016.**

*A federal district court authorized this notice. This is not a solicitation from a lawyer.*

This notice affects you because our records indicate that you received ____ facsimile advertisements from Gil Kerkbashian between August 16, 2016 and October 5, 2016. Pursuant to a proposed class action settlement, and subject to approval of the Court, Inland Bank and Trust, Inland Bancorp, Inc., Inland Home Mortgage Company, LLC, and Gil Kerkbashian have agreed to pay a total of $2,455,500 into a settlement fund for the benefit of those persons and entities who received one or more facsimile advertisements. You must, however, submit a claim form to claim your share of the proposed settlement fund. The Court authorized publication of this notice via facsimile, in addition to email and other written notice you may receive. This is a summary of the Settlement and your legal rights.

**Please visit www.InlandBankFaxSettlement.com or call 1-888-755-9508
to learn more about the Settlement and to obtain the form you need to submit a claim.**

What is the lawsuit about?

iMove Chicago, Inc. sued Inland Bank and Trust, Inland Bancorp, Inc., Inland Home Mortgage Company, LLC, and Gil Kerkbashian, alleging that Gil Kerkbashian sent unsolicited facsimile advertisements to individuals and businesses on August 16, 2016, August 24, 2016, August 31, 2016, September 14, 2016, and October 5, 2016, in violation of laws that prohibit the sending of unsolicited facsimile advertisements. Each Defendant denies the allegations, denies liability, and asserts numerous defenses. The suit is a class action, meaning that iMove Chicago, Inc. (the "class representative") asked for relief not only for itself, but for all similarly situated individuals and entities. Without admitting liability or fault, Defendants have agreed to pay $2,455,500 to compromise those claims. The parties have entered into a Settlement Agreement which will be presented to the U.S. District Court for the Northern District of Illinois in the action *iMove Chicago, Inc. v. Inland Bancorp, Inc., et. al.,* Case No. 16-cv-10106.

What benefits does the settlement provide?

The settlement funds will be used to pay eligible class members, pay the legal fees incurred by the class representative (up to one-third of the settlement fund) plus expenses, and pay up to $5,000 to the class representative, as awarded by the Court. If the Court approves the settlement, everyone who received one of these unsolicited facsimile advertisements, and submits a timely, valid claim form will receive a share of the settlement amount, estimated at $250 for every fax received. These payment amounts may be adjusted up or down depending on the number of Claim Forms received, so as to fully and fairly allocate and pay out the entire net settlement fund to Class Members who submit Claim Forms. None of the money in the settlement fund will revert back to any Defendant.

How can you get a payment?

Detailed information about the settlement and the claim submission process is posted on the settlement website and can also be obtained by calling the number below. **You must submit a Claim Form on or before December 30, 2017 to get a payment.** You can fill out the personalized Claim Form attached to this Notice, download a blank Claim Form from the settlement website and submit it by mail, or fill-out and submit a blank Claim Form online by clicking www.InlandBankFaxSettlement.com/ClaimForm.

What other options do you have?

If you would prefer not to be part of the settlement and not get a payment, you have the right to ask the Court to exclude you. To do so, you must complete and submit a request for exclusion by **December 5, 2017**. If you want to be part of the settlement but object to its terms, you or your attorney can submit written objections and/or appear at the final approval hearing discussed below. To do so, you must complete and submit your objection by **December 5, 2017**. Detailed information on these options is posted on the settlement website.

Final Approval Hearing.

The Court will hold a hearing on **January 18, 2018**, at which time it will consider any objections, decide what fees and expenses to award, and decide whether to approve the Settlement.

**QUESTIONS? CALL 1-888-755-9508 TOLL FREE, OR VISIT
WWW.INLANDBANKFAXSETTLEMENT.COM.**

# CLAIM FORM

Unique ID: «ClaimantDahlID»

To the best of my knowledge, information, and belief, I _____
[your name]

received an unsolicited facsimile advertisement from Gil Kerkbashian at facsimile number «FaxNumber», as follows (check one box):

☐ a total of «TotalNbrOfFaxes» times on «FaxDate_0», «FaxDate_1», «FaxDate_2», «FaxDate_3», «FaxDate_4», as shown in records produced by the defendants in this lawsuit

-or-

☐ a total of _____ times on _____.
  [number]                [the date(s) you received the fax(es)]


Date: ___ ___ / ___ ___ / ___ ___ ___ ___


Printed Name:                                Signature:

_____              _____


Current Address:                             Telephone No.:

_____              ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

_____              Current Email (optional):

_____              _____


## Mail Your Completed Claim Form To:

Inland Bank Unsolicited Fax Settlement Administrator
P.O. Box 3614
Minneapolis, MN 55403-0614

**YOUR CLAIM FORM MUST BE POSTMARKED ON OR BEFORE DECEMBER 30, 2017**