## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

iMove Chicago, Inc
                      Plaintiff,

v.                                                 Case No.: 1:16–cv–10106
                                                          Honorable Andrea R. Wood

Inland Bancorp, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Fairness hearing held. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Plaintiff's motion for attorney fees and reimbursement of costs and expenses [56] is granted. Plaintiff's motion for payment of a representative Plaintiff service award [57] is granted. Plaintiff's motion for final approval of class action settlement [59] is granted. Enter order. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.