IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | No. 16-cv-10106 |
| v. | ) ) | Judge Andrea R. Wood |
| INLAND BANCORP, INC., INLAND HOME MORTGAGE COMPANY, LLC, INLAND BANK AND TRUST, and GIL KERKBASHIAN, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S ACCOUNTING OF DISTRIBUTION OF SETTLEMENT FUNDS**

Plaintiff iMOVE CHICAGO, INC. ("Plaintiff"), individually, and on behalf of the Settlement Class, provides this accounting of distribution of settlement funds, pursuant to the terms of the settlement agreement in this matter. This information was provided to Plaintiff's counsel from the Court-appointed settlement administrator, Dahl Administration LLC:

Settlement Funds: $2,455,500.00
Court-Awarded Attorney's Fees and Costs: $812,371.92
Court-Awarded Class Representative Service Award: $5,000.00
Dahl Administration — Notice and Settlement Administration: $15,859.90
Gross Amount Paid to Class Members: $1,622,268.18.

However, there are 11 Class members who did not cash their checks, and those checks are now void under the terms of the settlement agreement. The amount of uncashed checks totals $43,554.10. Pursuant to the settlement agreement, this amount is to be paid as *cy pres* to the Illinois Bar Foundation. Dahl Administration issued a check in the amount of $43,554.10 payable to the Illinois Bar Foundation for this *cy pres* award.

Plaintiff iMOVE CHICAGO, INC., individually, and on behalf of all others similarly situated,

By: ‎ s/Thomas A. Zimmerman, Jr.
      Thomas A. Zimmerman, Jr.
      *tom@attorneyzim.com*
      Nickolas J. Hagman
      *nick@attorneyzim.com*
      ZIMMERMAN LAW OFFICES, P.C.
      77 West Washington Street, Suite 1220
      Chicago, Illinois 60602
      (312) 440-0020 telephone
      (312) 440-4180 facsimile
      www.attorneyzim.com

Counsel for Plaintiff and the Class

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that, on November 5, 2018, he caused a copy of the foregoing **Accounting** to be served upon all counsel of record via the Court's CM/ECF system.

/s/Thomas A. Zimmerman, Jr.